OSCN Found Document:STATE ex rel. OKLAHOMA BAR ASSOCIATION v. CAMPBELL

 

 
 

 
 
 
 
 Previous Case

 
 Top Of Index

 
 This Point in Index

 
 Citationize

 
 Next Case

 
 Print Only

 
 
 

 
 STATE ex rel. OKLAHOMA BAR ASSOCIATION v. CAMPBELL
2024 OK 67
Case Number: SCBD-7403
Decided: 09/30/2024
THE SUPREME COURT OF THE STATE OF OKLAHOMA

Cite as: 2024 OK 67, __ P.3d __

 
NOTICE: THIS OPINION HAS NOT BEEN RELEASED FOR PUBLICATION. UNTIL RELEASED, IT IS SUBJECT TO REVISION OR WITHDRAWAL. 

 

 

STATE OF OKLAHOMA ex rel. OKLAHOMA BAR ASSOCIATION, Complainant,
v.
DEBRA CAMPBELL, Respondent.

ORDER APPROVING RESIGNATION 
PENDING DISCIPLINARY PROCEEDINGS

¶1 Respondent, who has pending disciplinary proceedings, has submitted an affidavit pursuant to Rule 8, Oklahoma Rules Governing Disciplinary Procedure (RGDP), 5 O.S. ch. 1 app. 1-A, seeking to resign her membership in the Oklahoma Bar Association (OBA) and relinquish her right to practice law. Complainant OBA has filed an application for an order approving resignation pending disciplinary proceedings.

¶2 Respondent was admitted to the Oklahoma Bar on April 29, 2005, and executed her affidavit of resignation on August 29th, 2024. The affidavit was filed in this Court on August 30, 2024.

¶3 Respondent states:

(a) she tenders her resignation freely and voluntarily;

(b) she is not subject to coercion or duress;

(c) she is aware of the consequences thereof;

(d) she is not under the influence of any mind-altering substance;

(e) she has been fully advised of her rights, and is represented by counsel.

¶4 Respondent admits that although the resignation is subject to approval by this Court, she will treat it as effective from the date and time of its execution.

¶5 Respondent acknowledges that the OBA has filed a verified complaint against her pursuant to Rule 6 of the Rules Governing Disciplinary Proceedings (RGDP) 5 O.S. ch. 1, app. 1-A, and her license to practice law in Oklahoma was suspended on February 6, 2023, pending disciplinary proceedings. She is aware that those allegations would constitute violations of Rules 1.1, 1.3, 1.4, 1.5, 1.15, 1.16(d), 8.4(a), 8.4(b), and 8.4(d) of the Oklahoma Rules of Professional Conduct (ORPC), 5 O.S. ch. 1, app. 3-a, and Rules 1.3 and 10.1, RGDP. She waives her right to contest the allegations brought in that complaint.

¶6 Respondent also avers that on July 25, 2024, she pled no contest in Lincoln County District Court, Case No. CF-2022-290, to Count 1, trafficking (methamphetamine); Count 2, unlawful possession of controlled dangerous substance with intent to distribute marijuana; and Count 4, possession of a firearm during commission of a felony. At the time Respondent filed her affidavit, sentencing was pending. On September 3, 2024 she was sentenced to a total of five years imprisonment, suspended, with supervised probation and fines, fees and costs. Respondent is aware that entry of the Judgment and Sentence in that criminal case will subject her to disciplinary procedures under Rule 7, RGDP, and that the Judgment and Sentence will constitute the charge, be conclusive evidence of commission of the crimes, and form the basis for discipline.

¶7 Respondent's affidavit acknowledges:

(a) Respondent is aware that pursuant to Rule 8.2, RGDP, the approval or disapproval of her resignation is within this Court's discretion.

(b) She is familiar and agrees to comply with all provisions of Rule 9.1, RGDP, within twenty days following the date of her resignation; Respondent previously complied with Rule 9.1 on or about March 1, 2023, and has not practiced law since her interim suspension. She recognizes that she may not be reinstated to the practice of law unless she fully complies with the provisions of Rule 11, RGDP, and that she may not apply for reinstatement before five years after the effective date of the resignation.

(c) She acknowledges that the Client Security Fund may receive claims from her former clients, and agrees that, should the OBA approve and pay such claims, she will reimburse the fund for the principal amounts and statutory interest before filing any application for reinstatement to the practice of law.

(d) She will tender her OBA membership card to the Office of General Counsel or destroy it.

(e) She will cooperate with the Office of the General Counsel to identify any active client cases where documents and files need to be returned or forwarded to new counsel, and any client cases where she owes fees or refunds.

(f) She acknowledges that the OBA has incurred costs during its investigation and agrees to be responsible for their reimbursement.

¶8 The effective date of Respondent's resignation is August 29, 2024.

¶9 This Court finds Respondent's resignation pending disciplinary proceedings complies with all the requirements set forth in Rule 8.1, RGDP, and accepts the resignation.

¶10 Respondent's OBA number is 20467, and her official roster address, in OBA records, is P.O. Box 571, Wellston, OK 74881.

¶11 IT IS THEREFORE ORDERED that the OBA's Application for Order Approving Resignation is approved.

¶12 IT IS FURTHER ORDERED that Respondent's name be stricken from the Roll of Attorneys and that she make no application for reinstatement to membership in the Oklahoma Bar Association before August 29, 2029.

¶13 IT IS FURTHER ORDERED that Respondent comply with Rule 9.1 of the RGDP, return all client files, and refund unearned fees.

¶14 IT IS FURTHER ORDERED that as a condition of reinstatement, Respondent shall reimburse the Client Security Fund for any monies expended because of her malfeasance or nonfeasance.

¶15 IT IS FURTHER ORDERED that Respondent shall pay costs in the amount of $444.66 to the Oklahoma Bar Association within ninety (90) days of the date of this Order.

DONE BY ORDER OF THE SUPREME COURT IN CONFERENCE this 30th day of September, 2024.

 

/S/CHIEF JUSTICE, Oklahoma Supreme Court

ALL JUSTICES CONCUR.

 Citationizer© Summary of Documents Citing This Document
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 
 Citationizer: Table of Authority
 
 
 
 Cite
 Name
 Level
 
 
 
 None Found.
 
 

 
 
 
 

 
 

 
 
 
 oscn
 
 EMAIL: webmaster@oscn.net
 Oklahoma Judicial Center
 2100 N Lincoln Blvd.
 Oklahoma City, OK 73105
 
 
 courts
 
 Supreme Court of Oklahoma
 Court of Criminal Appeals 
 Court of Civil Appeals
 District Courts
 
 
 
 decisions
 
 New Decisions
 Supreme Court of Oklahoma
 Court of Criminal Appeals
 Court of Civil Appeals
 
 
 
 programs
 
 The Sovereignty Symposium
 
 Alternative Dispute Resolution
 Early Settlement Mediation
 Children's Court Improvement Program (CIP)
 Judicial Nominating Commission
 Certified Courtroom Interpreters
 Certified Shorthand Reporters
 Accessibility ADA
 
 
 
 
 
 
 
 
 Contact Us
 Careers
 Accessibility ADA